**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7081**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DONALD WARDRICK,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CR-
95-294, CA-99-3381-PJM)

─────────────

Submitted:  October 24, 2002        Decided:  November 6, 2002

─────────────

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Leonard L. Long, Jr., Washington, D.C., for Appellant.  David Ira
Salem, Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Wardrick appeals the district court's order denying relief on his motion filed under Rule 33 of the Federal Rules of Criminal Procedure. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Wardrick, Nos. CR-95-294; CA-99-3381-PJM (D. Md. June 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED